COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Jules Williams v. Marvlyn Jennifer Williams

Appellate case number:   01-16-00970-CV

Trial court case number:  2015-35489

Trial court:               246th District Court of Harris County

       The appellate record for this appeal was due on January 30, 2017. The clerk's record was filed on February 24, 2017, but a reporter's record has not been filed. On February 1, 2017, the Clerk of the Court notified appellant that the court reporter had informed the Court that appellant had not paid, or made arrangements to pay, the reporter's fee for preparing the record. *See* Tex. R. App. P. 35.3(b). The Clerk further notified appellant that unless, on or before March 3, 2017, he filed proof that he had paid, or had made arrangements to pay, the reporter's fee for preparing the record, the Court may consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant did not respond. On March 7, 2017, the court reporter again notified the Court that payment arrangements for the reporter's record have not been made.

       Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*. Appellant's brief must be filed **no later than 30 days after the date of this order**. Appellee's brief will be due within 30 days after appellants' brief has been filed.

       It is so ORDERED.


Judge's signature: /s/ Jane Bland
                    Acting individually


Date: March 14, 2017